

# Missouri Court of Appeals
## Southern District

## DECEMBER 11, 2014

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.      Case No.  SD33112

      Re:     TRAVIS D. MACK,
            Appellant,
            vs.
            STATE OF MISSOURI,
            Respondent.

2.      Case No.  SD33178

      Re:     JAMES R. BAKER,
            Appellant,
             vs.
            STATE OF MISSOURI,
            Respondent.